NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SEADRILL AMERICAS, INC., SEADRILL GULF OPERATIONS AURIGA, LLC, SEADRILL GULF OPERATIONS VELA, LLC, SEADRILL GULF OPERATIONS NEPTUNE, LLC,**
*Appellants*

**v.**

**TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,**
*Appellee*

---

2017-2126, 2017-2127, 2017-2129

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01929, IPR2015-01989, IPR2015-01990.

---

## JUDGMENT

---

MATTHEW G. REEVES, Locke Lord LLP, Houston, TX, argued for appellants. Also represented by CHARLES BAKER, DANIEL G. NGUYEN.

CHARLES BRUCE WALKER, JR., Norton Rose Fulbright US LLP, Houston, TX, argued for appellee. Also repre-

sented by MARK FRANCIS EBERHARD; STEPHANIE DEBROW, MARK T. GARRETT, WILLIAM ANDREW LIDDELL, Austin, TX; JONATHAN S. FRANKLIN, Washington, DC.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 13, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court